MICHAEL N. WESTHEIMER, CA Bar No. 178938
michael.westheimer@ogletree.com
ANNA L. PADGETT, CA Bar No. 307146
anna.padgett@ogletreedeakins.com
OGLETREE, DEAKINS, NASH, SMOAK &
STEWART, P.C.
Steuart Tower, Suite 1300
One Market Plaza
San Francisco, CA 94105
Telephone: 415.442.4810
Facsimile: 415.442.4870

Attorneys for Defendant
WALGREEN CO. (erroneously sued as
"Walgreens Co.")

**APPROVED**
Judge Edward J. Davila
6/12/2018

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

JESSIE LEE DAVIS,

       Plaintiff,

  v.

WALGREENS CO.,

       Defendant.

Case No. 17-cv-06046-EJD

**STIPULATED DISMISSAL WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41(A)(1)(A)(II)**

Complaint Filed: October 23, 2017
Trial Date: None Set

TO THE CLERK OF THE COURT AND HONORABLE JUDGE EDWARD J. DAVILA:

Plaintiff Jessie Lee Davis ("Plaintiff"), pro se, and Defendant Walgreen Co. (erroneously sued as "Walgreens Co.") ("Defendant") by and through its attorneys of record, hereby stipulate to the dismissal of the above-captioned action with prejudice pursuant to Fed. R. Civ. P. Rule 41(a)(1)(A)(ii), which provides that a "plaintiff may dismiss an action without court order by filing ... a stipulation signed by all parties who have appeared." Plaintiff and Defendant together are hereinafter referred to as the "Parties."

## RECITALS

1. On October 23, 2017, Plaintiff filed a pro se Complaint in the above-captioned Court, which is currently assigned Case Number 17-cv-06046-EJD (the "Action").

2. On May 22, 2018, the Parties participated in court mediation and thereafter agreed to resolve all controversies to their mutual satisfaction.

## STIPULATION OF DISMISSAL WITH PREJUDICE

WHEREFORE, Plaintiff, pro se, and Defendant, through its undersigned attorneys of record, hereby stipulate to dismiss the Action in its entirety with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii). Each Party shall bear all of his or its own attorneys' fees and costs.

**IT IS SO STIPULATED.**

DATED: May 22, 2018

By: /s/ Jessie Davis
Jessie Lee Davis, Pro Se Plaintiff

DATED: June 12, 2018

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

By: /s/ Michael N. Westheimer
MICHAEL N. WESTHEIMER
ANNA L. PADGETT
Attorneys for Defendant
WALGREEN CO. (erroneously sued as "Walgreens Co.")

34189699.1

1     Case No. 17-cv-06046-EJD
STIPULATED DISMISSAL WITH PREJUDICE

# CERTIFICATE OF SERVICE
*Jessie Lee Davis vs. Walgreen Co.*
United States District Court, Northern District of California
Case No. 5:17-cv-06046-EJD

I am and was at all times herein mentioned over the age of 18 years and not a party to the action in which this service is made. At all times herein mentioned I have been employed in the County of San Francisco in the office of a member of the bar of this court at whose direction the service was made. My business address is Steuart Tower, Suite 1300, One Market Plaza, San Francisco, CA 94105.

On June 12, 2018, I served the following document(s):

**STIPULATED DISMISSAL WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41 (A)(1)(A)(II)**

on the person(s) below by the method(s) indicated:

Jessie Lee Davis                    Plaintiff *Pro Se*
806 Sherman Court
Marina, CA 93933
Tel: (831) 585-6154
Email: jldavi86@gmail.com

☒ **BY MAIL:** I placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with the practice of Ogletree, Deakins, Nash, Smoak & Stewart, P.C.'s practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

☐ **BY OVERNIGHT DELIVERY:** I placed the sealed envelope(s) or package(s) designated by the express service carrier for collection and overnight delivery by following the ordinary business practices of Ogletree, Deakins, Nash, Smoak & Stewart P.C., San Francisco, California. I am readily familiar with Ogletree, Deakins, Nash, Smoak & Stewart P.C.'s practice for collecting and processing of correspondence for overnight delivery, said practice being that, in the ordinary course of business, correspondence for overnight delivery is deposited with delivery fees paid or provided for at the carrier's express service offices for next-day delivery.

I declare that I am employed in the office of a member of the State Bar of this Court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

Executed on June 12, 2018, at San Francisco, California.

*Cathy Vittoria*